# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**LANDRY DIXON**

PLAINTIFF

vs

**OUTSKIRTS PRESS PUBLISHING CORPORATION,**
BRENT SAMPSON, LISA BUCKLEY, HEIDI JONES,
TINA MARIE RUVALCABA, PAT WILSON, LEONA "E,"
and JAMIE (LNU)

**CIVIL ACTION**

No. 21--

21-729
SECT.L MAG.2
SECTION:

District Judge:

Magistrate:

**JURY TRIAL** REQUESTED

File: _____

_____
Deputy Clerk

## BREACH OF CONTRACT COMPLAINT

### JURISDICTION

**JURISDICTION IN THIS PENDING CIVIL MATTER** is attained via these legal sets of prevailing facts: (A) that this mature-minded elderly PRO SE PLAINTIFF, **LANDRY DIXON**, is a seventy-four (74) year-old American Male in ORLEANS, PARISH/COUNTY who resides within the Sovereign Southern US State of LOUISIANA, and that the identified DEFENDANT CORPORATION, **OUTSKIRTS PRESS PUBLISHING (OPP) CORPORATION**, is a duly authorized and active COLORADO entity actively engaged in commercial literary activity inside COLORADO, and whose named DEFENDANTS, BRENT SAMPSON, LISA BUCKLEY, HEIDI JONES, TINAMARIE RUVALCABA, PAT WILSON, LEONA "E" and JAMIE (LNU) are and remain identified DEFENDANTS of DENVER COUNTY, COLORADO.

TENDERED FOR FILING

APR 08 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## BREACH OF CONTRACT COMPLAINT

### SALIENT DATA-ENTY FACTS:

*[handwritten: Data Entry, with scribble/signature]*

**1.**

**THIS MATTER** IS DERIVITIVE OF SEVERAL YEARS OF HAVING BEEN ACTIVELY AND MUTUALLY ENGAGED IN THE LITERARY NON-PROFIT BUSINESS OF **BIBLE RESEARCH WORK**. FOR A MUTUALLY SATISFYING PERIOD OF SEVERAL YEARS, from circa 2016 into about 11/12/2020, after which time **the elderly NEGRO Plaintiff,** LANDRY DIXON, began seeing a systemic series of felonious "financial hacking of My Company's **DELF USA** data entries in several checking accounts, debit accounts and shared banking accounts and attending statements, both, of a personal and a business nature.

**2.**

**When the elderly NEGRO Plaintiff,** LANDRY DIXON, made a payment of **$149.00** to the OPP's already-published work, "MESSAGES OF SALVATION: MINISTRY OF YAHSHUA", A **truth-telling** 2020, **DELF USA,** collaborated biblical composition (CBC).

Collaborated Bible-Book Production was and **remains** a TOTALLY non-responsive DELF USA "request-in-waiting" to THIS DISMALLY **SIN**-FILLED DAY: "**APRIL FOOLS DAY**" *(THE REAL AND OLD* **untold** TRUTH ABOUT **US**, behaving POORLY, OF COURSE, IN **our** *all-too-often* "lily white and WOEFULLY HURTFUL **ways OF failing to keep** PRECIOUS **truths ALOAF and ALIVE**, to our local, regional and global GAIN.

**3.**

**WHEN OPP** (Outskirts Press Publishing) **DEFENDANT** human operatives chose to actively ignore our timely-placed and fully-**paid** post-publication book-revision-REQUEST **FEE ($149.00)**, the OPP **operatives** were acting contrary to LAW, ETHICS and COMMONSENSE, ALL in violation of COLORADO LAW, as statutorily depicted in **Colorado**'s "contract for deed law,"

(a) to wit: Colorado Revised Statute **(CRS),** Title 13 Sections 80-101(1)(a) into 13-80-108; as well as Colorado Civil Code, to wit: Colorado Breach of Contract Civil Series "Chapter 30," aka "Civil Promise to Perform Law."

(b) **When named human DEFENDANTS** elected to willfully and knowingly fail to respond to the repeated written, oral and prayerful petitions to CORPORATE DEFENDANT and named DEFENDANTS these actors were operating in stark contrast to Colorado Law, in egregious violation of codified Colorado Civil Code and in opposition to the pressing demands of this elderly-disabled NEGRO PLAINTIFF, LANDRY DIXON, as well as engaging in BREACH OF CONTRACT CONDUCT contrary to Louisiana Law, to wit: LA RS Civil Code, Article 1934 (3); and LA Revised Statute 3:137.

(c) When named human DEFENDANTS chose to repeatedly fail to revise the already prepaid <u>book</u> revision **FEE ($149.00**, DEFENDANTS were acting contrary to Colorado LAW, contrary to Louisiana Law, and in <u>absolute</u> denial and defamation of <u>FEDERAL</u> LAW, in breach of USC Title 41 Sections 6502 and 6503, in that Corporate Defendant, <u>Outskirts Press Publishing Corporation</u> **failed to perform** the terms of a literary post-publication revision Bible Book situation proposition.

**CONSIDERING PLAINTIFF'S** legal findings and factual conclusions drawn therein and therefrom, **PLAINTIFF PRAYS THE FOLLOWING:**

1) **THAT** <u>CORPORATE DEFENDANT</u>, **OUTSKIRTS PRESS PUBLISHING ((OPP)** IS PERMANENTLY **barred from** EVER PUBLISHING <u>anything</u> <u>more than</u> ONE **jot, iota or** "*till*" of any word of any kind in any language in the **USA**, its <u>affiliates</u>, <u>territories</u> and/or PROTECTORATES – ever again, in **neither** this LIFE **nor** the *AFTERLIFE*.

2) **THAT** <u>corporate DEFENDANT</u>, OUTSKIRTS PRESS PUBLISHING (OPP) be directed by this Honorable Court, pursuant to a factual finding of "faulty misconduct" by named DEFENDANT, <u>OUTSKIRTS PRESS PUBLISIHING</u>, be made to transfer to the identified coffers of existing USA non-profit, **DELF USA**, be judicially mandated to <u>prorate</u> **corporate DEFENDANT's awarded** PUNITIVE DAMAGES OF **$149,000,000.00** (one hundred forty-nine million dollars) per year for the next ten (10) years; and that said "awarded funds" are to be <u>electronically</u> transmitted into said PLAINTIFF's "not-for-profit" business bank account of said USA "<u>award- recipient's</u>" non-profit (<u>DELF USA</u>), on a preset, set date, each year, which date will be at **exact**ly <u>high</u> <u>noon</u> (1200 hours), CST, each "**APRIL 01,**" beginning with said <u>first</u> such *definitively* **dated** "*April Fool's Day*" (04/01) pursuant to initial Judicial Judgment Day (JJD), and continuing for the next nine (9) <u>consecutive nine years</u> (CNY's), respectively.

3) **THAT each named human DEFENDANT is hereby** made to <u>print</u> an English version of "I am sorry, for ………………" to the elderly NEGRO Plaintiff, ASAP, once this VERY DAMAGINGINGLY <u>JUST</u> judicial decision will have been rendered and recorded **in favor of** PRO SE PLAINTIFF.

4) **THAT each named human DEFENDANT** is judicially directed to compensate the elderly Plaintiff's non-profit corporation, <u>DELF USA</u>, the individualized one-time compensatory damage donation of **$149.00** to each <u>named</u> OPP DEFENDANT.

**RESPECTFULLY SUBMITTED, THIS FIRST DAY of <u>April</u>, 2021**
New Orleans, Louisiana
*(This is a fulfillment of an ole-time living **truth**: a springtime New Year's Day celebration!!!)*

_____
**LANDRY DIXON, PRO SE PLAINTIFF**

P O Box 741237
New Orleans, LA 70174-1237
www.usabible.org
504/309-3632
504/777-0072

## CERTIFICATION OF SERVICE

**I, LANDRY DIXON,** do hereby certify to this Honorable Court that Pro Se Plaintiff has forwarded a copy of this COMPLAINT and these proceedings to named DEFENDANTS by placing same in a sealed envelope with USPS postage prepaid to the following:

1) **OUTSKIRTS PRESS PUBLISHING Inc. / 10940 S. Parker Rd, Suite 515 / Parker, CO 80134**
2) **Brent Sampson**, duplicate address
3) **Lisa Buckley**, duplicate address
4) **Heidi Jones**, duplicate address
5) **Jamie (LNU)**, duplicate address
6. **Pat Wilson,** duplicate address
7. **Tina Marie Ruvalcaba,** duplicate address
8 **Leona "E,"** duplicate address

_____
**LANDRY DIXON**
**PRO SE PLAINTIFF**

TENDERED FOR FILING

APR 08 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

DELF USA Bible
P O Box 741237
New Orleans, LA 70174-1237
www.usabible.org

Clerk of US Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130





U.S. POSTAGE PAID
FCM LG ENV
HAMMOND, LA
70401
APR 06, 21
AMOUNT
$1.80
R2304M115964-9